CR 23-25 JRT/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| RYAN HENRY JAMES DAVIS | ) | |
| PACHECO, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of Firearm)

On or about March 17, 2022, in the State and District of Minnesota, the defendant,

**RYAN HENRY JAMES DAVIS PACHECO,**

having been convicted of the following crimes, each of which punishable by imprisonment

for a term exceeding one year:

| CRIME | JURISDICTION OF CONVICTION | DATE OF CONVICTION (in or about) |
|---|---|---|
| 2nd Degree Assault – Dangerous Weapon – Substantial Bodily Harm | Mahnomen County, MN | 6/8/2021 |
| Fleeing a Peace Officer | Mahnomen County, MN | 6/8/2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for

a term exceeding one year, did knowingly possess, in and affecting interstate and foreign


SCANNED
JAN 31 2023
U.S. DISTRICT COURT MPLS

U.S. v. Ryan Henry James Davis Pacheco

commerce, a firearm, namely, a Ruger SR-22 .22 LR pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(d)(1).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated, as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Title 18 United States Code, Section 922(g), including and not limited to a Ruger SR-22 .22 LR pistol with an obliterated serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____

UNITED STATES ATTORNEY          FOREPERSON