AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| United States of America<br>v.<br>Ryan Henry James Davis Pacheco (1)<br><br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CR 23-25 JRT/LIB |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ryan Henry James Davis Pacheco                                                ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice      Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Felon in Possession of Firearm, 18:922(g)(1) and 924(d)(1).

Date:  01/31/2023  _____                    _____
                                                                                      *Issuing officer's signature*

City and state:   Minneapolis, MN  _____          Kate M. Fogarty, Clerk of Court
                                                                                      *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                                        _____<br>                                                                                              *Arresting officer's signature*<br><br><br>                                                                                              _____<br>                                                                                              *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____